UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SOUTHERN SHRIMP ALLIANCE                CIVIL ACTION

VERSUS                                  NO. 07-3268

LOUISIANA SHRIMP ASSOCIATION,           SECTION "C"  (3)
ET AL

ORDER

IT IS ORDERED that the defendants' motion to withdraw motion to dismiss is GRANTED.  (Rec. Doc. 10).  The defendants' motion to dismiss for lack of subject matter jurisdiction is WITHDRAWN.  (Rec. Doc. 5).

The Court has reviewed the record and is satisfied that it has subject matter jurisdiction in this matter.

New Orleans, Louisiana, this 4th day of October, 2007.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE