UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOUTHERN SHRIMP ALLIANCE | CIVIL ACTION |
| VERSUS | NO. 07-3268 |
| LOUISIANA SHRIMP ASSOCIATION, ET AL | SECTION "C" (3) |

ORDER AND REASONS

IT IS ORDERED that the motion for summary judgment filed by Southern Shrimp Alliance is DENIED. (Rec. Doc. 88). The plaintiff has presented evidence that Kimberly Chauvin may acted on behalf of SSA, and that the allegedly defamatory statements were published by her to someone other than the defendants, sufficient to avoid summary judgment.

New Orleans, Louisiana, this 31st day of August, 2009.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE